AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

GREGORY JAMES BENNETT,

      Petitioner,

V.

STATE OF NEVADA,

      Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-CV-00093-RCJ-RAM**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** for lack of jurisdiction.


  March 8, 2010                                                **LANCE S. WILSON**
                                                                          Clerk


                                                                           /s/ D. R. Morgan
                                                                            Deputy Clerk